UNITED STATES DISTRICT COURT

EASTRN DISTRICT OF CALIFORNIA

KUNAL ATTARDE, an individual,

Plaintiff(s),

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10,

Defendants.

Case No.: 2:24-cv-03741-DJC-SCR

**ORDER GRANTING PARTIES' JOINT STIPULATION TO AMEND THE SCHEDULING ORDER (ECF DKT. NO. 9)**

Upon consideration of the Parties' Joint Stipulation to Amend the Scheduling Order (ECF DKT. NO. 9), and upon good cause shown therein, the Court hereby GRANTS the Parties' Stipulation and amends the scheduling order as follows:

ORDER

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disc. (Initial) | January 9, 2026 | February 23, 2026 |
| Expert Disc. (Rebuttal) | March 6, 2026 | March 23, 2026 |
| Expert Disc. Cut-off | March 6, 2026 | April 23, 2026 |

IT IS SO ORDERED.

Dated:  January 9, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE